**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Macario VIEZCA, Defendant-Appellant.**

**No. 17-2581**

United States Court of Appeals, Seventh Circuit.

Submitted December 8, 2017 *

Decided January 3, 2018

Debra Riggs Bonamici, Attorney, Office of the United States Attorney, Chicago, IL, for Plaintiff-Appellee

Carol A. Brook, Attorney, William H. Theis, Attorney, Office of the Federal Defender Program, Chicago, IL, for Defendant-Appellant

Before WILLIAM J. BAUER, Circuit Judge, FRANK H. EASTERBROOK, Circuit Judge, MICHAEL S. KANNE, Circuit Judge

**ORDER**

The judgment is affirmed for the reasons given in *Hill v. United States*, 877 F.3d 717 (7th Cir. 2017).